**S A L E K L A W   F I R M**
2222 Martin Street, Suite 260
Irvine, California 92612
Telephone:   (714) 258-7800
Facsimile:    (714) 258-7888

By:   KEITH SALEK, Bar No. 218379
         ksalek@saleklaw.com
         VICTORIA T. CHANG, Bar No. 213010
         associate@saleklaw.com

Attorneys for Plaintiff,
PYRO-COMM SYSTEMS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| PYRO-COMM SYSTEMS, INC., a California corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>WEST COAST FIRE & INTEGRATION, INC., a California corporation; GENE KNUST-GRAICHEN, an individual; MARC LOPEZ, an individual; CHRISTIAN RODRIGUEZ, an individual; ADAM VIGIL, an individual; and DOES 1 through 25, inclusive,<br><br>          Defendants. | Case No.: 8:14-cv-02028-JLS-RNB<br><br>[PROPOSED] **PROTECTIVE ORDER GOVERNING DISCOVERY MATERIAL**<br><br>DISCOVERY MATTER referred to the HON. ROBERT N. BLOCK |

- 1 -
**[PROPOSED] PROTECTIVE ORDER GOVERNING DISCOVERY MATERIAL**

SALEK LAW FIRM
2222 Martin St., Suite 260
Irvine, CA 92612
Tel:714/258-7800
Fax:714/258-7888

# [PROPOSED] ORDER

FOR GOOD CAUSE SHOWN, the Court approves and enters this Revised Stipulated Protective Order in accordance with the Stipulation Governing Discovery Material.  IT IS SO ORDERED.

DATED: May 07, 2015

_____
HON. ROBERT N. BLOCK

- 2 -
**[PROPOSED] PROTECTIVE ORDER GOVERNING DISCOVERY MATERIAL**

SALEK LAW FIRM
2222 Martin St., Suite 260
Irvine, CA 92612
Tel:714/258-7800
Fax:714/258-7888